```
McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                 )<br>          Plaintiff,             )<br>                                 )<br>     v.                          )<br>                                 )<br>SAMPIETRO, DANIEL J.,            )<br>                                 )<br>          Defendant.             )<br>_____) | CASE NO.: 1:07-CR-00173-SMS<br><br>MOTION AND ORDER FOR<br>DISMISSAL OF INFORMATION |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Information against DANIEL J. SAMPIETRO without prejudice in the interest of justice.

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT<br>                                                United States Attorney

October 19, 2007              By:   /s/ Mark J. McKeon<br>                                                MARK J. McKEON<br>                                                Assistant U.S. Attorney

<u>ORDER</u>

IT IS HEREBY ORDERED that the Information against DANIEL J. SAMPIETRO be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

**Dated:   October 23, 2007**            /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE